UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA, and the
STATE OF WISCONSIN, *ex rel*. Dr. CLARK
SEARLE,

          Plaintiff,

v.                                           Civil Action No. 14-C-0969

AGNESIAN HEALTHCARE, INC., and
FOND DU LAC REGIONAL CLINIC, S.C.,

          Defendants.

## NOTICE OF SETTLEMENT

      This Notice is submitted by Plaintiff/Relator Dr. Clark Searle with the permission of Defendants Agnesian HealthCare, Inc. and Fond du Lac Regional Clinic, S.C., to inform the Court that the captioned matter has been settled, subject to executing final settlement documents, including appropriate releases. Specifically, the parties agreed to a settlement of the matter in mediation and have executed a term sheet, including a non-admission of liability provision, payment of alleged damages to the United States, and payment of attorneys' fees and costs to Relator's counsel. The parties have notified and are working with the United States Department of Justice for final approval of the settlement agreement, as well as a stipulation of dismissal, and to resolve the Relator's share of the settlement payment.

      We understand and request that, as a result of this Notice and subject to Court action, this case will be administratively closed, pending further filings by the parties involving any unresolved matters and/or dismissal.

Should the Court so request, counsel are available for a Status Conference with the Court.

Respectfully submitted,

/s/ Mary C. Flanner
Nola J. Hitchcock Cross
Mary C. Flanner
CROSS LAW FIRM, S.C.
845 North 11th Street
Lawyers' Building
Milwaukee, WI 53233
(414) 224-0000
njhcross@crosslawfirm.com
mflanner@crosslawfirm.com

2

Case 2:14-cv-00969-PP   Filed 07/26/19   Page 2 of 2   Document 69