UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA, and the
STATE OF WISCONSIN, ex. rel. CLARK SEARLE,

          Plaintiffs,

  v.                                      Case No. 14-cv-969-pp

AGNESIAN HEALTH CARE, INC.,
and FOND DU LAC REGIONAL CLINIC, S.C.,

          Defendants.

---

## ORDER DISMISSING CASE

---

On December 30, 2019, the parties filed a Joint Stipulation for Dismissal. Dkt. No. 71. The court has reviewed and **APPROVES** the stipulation. The court **ORDERS** that:

All claims asserted in this case are **DISMISSED with prejudice** as to the relator and the defendants.

All claims asserted in this case are **DISMISSED with prejudice** as to the United States of America and the State of Wisconsin as to the covered conduct, which is defined as the submission of claims by Agnesian Health Care or the Fond du Lac Regional Clinic to the Medicare program or to the Wisconsin Medicaid program between August 8, 2008 and December 31, 2015, as a result of referrals from physicians who were either owners, shareholders or employees of the Clinic in 1995, and **DISMISSED without prejudice** as to the United States of America and the State of Wisconsin as to all other claims.

1

Each party will bear their own attorney fees and costs, unless otherwise agreed upon.

Dated in Milwaukee, Wisconsin this 31st day of December, 2019.

BY THE COURT:

_____
HON. PAMELA PEPPER
Chief United States District Judge

2

Case 2:14-cv-00969-PP   Filed 12/31/19   Page 2 of 2   Document 72